UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                            Case No. 18-CR-210

TOU LEE XIONG, et al.

        Defendants.

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE SUPERSEDING INDICTMENT**

Based on the United States' motion to dismiss property from the forfeiture notice of the Superseding Indictment in this matter, the Court hereby GRANTS the motion and orders that the following properties, be, and hereby are, DISMISSED without prejudice from the forfeiture notice of the Superseding Indictment:

1. United States currency;

2. A Ruger model LCP .380 semiautomatic pistol, bearing serial number 371894420;

3. A Taurus model PT111-G2 9mm semiautomatic pistol, bearing serial number TJY34698;

4. A Smith and Wesson model 380 semiautomatic pistol, bearing serial number RAH3084; and

5. A Heritage Rough Rider .22 revolver, bearing serial number S04035.

Dated at Green Bay, Wisconsin, this 19th day of October, 2019.

                                        s/ Willliam C. Griesbach
                                        WILLIAM C. GRIESBACH, Chief Judge
                                        United States District Court